# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA for the use and benefit of Action Abatement, Inc., | * * * | Case No.: 4:14cv42-HCM |
| Plaintiff, | * * | |
| v. | * * | |
| LEEBCOR SERVICES, LLC, and HARTFORD FIRE INSURANCE COMPANY, | * * * | |
| Defendants. | * * | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicole Hardin Brakstad, of the law firm LeClairRyan, A Professional Corporation, hereby notes an appearance in the above-captioned action as counsel for the Defendants, Leebcor Services, LLC ("Leebcor") and Hartford Fire Insurance Company ("Hartford")

Dated:  April 23, 2014

LEEBCOR SERVICES, LLC, and
HARTFORD FIRE INSURANCE COMPANY

/s/ Nicole Hardin Brakstad
Nicole Hardin Brakstad (VSB No. 74963)
LECLAIRRYAN, A PROFESSIONAL CORPORATION
951 East Byrd Street, 8th Floor
Richmond, Virginia 23219
Telephone:	804.783.7507
Facsimile:	804.783.7607
Email:	nicole.brakstad@leclairryan.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the **23rd** day of April, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF), and further, that I served a copy of the foregoing via first-class mail, postage pre-paid, to the following:

>Steven L. Smith, Esq.
>Smith & Collins, P.A.
>P.O. Box 40578
>Charleston, SC 29423-0578
>Telephone:   843.760.0220
>Fax:             843.552.2678
>Email:         ssmith@scnlaw.com

>/s/ Nicole Hardin Brakstad
>Nicole Hardin Brakstad (VSB No. 74963)
>LECLAIRRYAN, A PROFESSIONAL CORPORATION
>951 East Byrd Street, 8th Floor
>Richmond, Virginia 23219
>Telephone:   804.783.7507
>Facsimile:    804.783.7607
>Email:   nicole.brakstad@leclairryan.com
>*Counsel for Defendants*